# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** JUDGE JACQUELINE P. COX

**Bankruptcy Case:** 10-47952

**Title of Case:** Markwell Motor Club, LLC

**Hearing Date:** 5/31/11

**Adversary:**

**Brief Statement of Motion:** Final Hearing On Granting Credit and Lien

**Names and Addresses of moving counsel:** John Redfield

**Representing:** Debtor

## ORDER

**IT IS HEREBY ORDERED,**

The interim order dated April 21, 2011 granting credit and senior lien and other relief is hereby deemed a final order after notice to creditors having been given to creditor.

Jacqueline P. Cox

J. Cox

**JUDGE JACQUELINE P. COX**
**UNITED STATES BANKRUPTCY COURT**